

**Departamento de Justicia de EE UU**

**ROBERT S. BREWER, JR.**
*Fiscal Federal*
*Distrito Sur de California*

| | |
|---|---|
| MICHELLE M. PETTIT | (619) 546-7972 |
| Fiscal Federal Adjunto | Fax (619) 546-0510 |
| Correo Electrónico: | michelle.pettit@usdoj.gov |

| | |
|---|---|
| Oficina en el Condado de San Diego | Oficina en el Condado Imperial |
| Federal Office Building | 516 Industry Way |
| 880 Front Street, Room 6293 | Suite C |
| San Diego, California 92101-8893 | Imperial County, California 92251-5782 |

## AVISO DE COMPARECENCIA

REF: ESTADOS UNIDOS DE AMERICA
v.
MICHAEL PATRICK HERNANDEZ

Núm. de Caso del Juez de Control de Garantías: __20MJ2096__
Por contravenir 21 U.S.C. §§ 952 y 960

Por la presente se le informa que la primera comparecencia en su caso se llevará a cabo el día JUNIO 08, 2020 (06/08/2020), a las 2:00 p.m., en el Tribunal Federal de Estados Unidos, United States Courthouse, 221 West Broadway, San Diego, California, 92101. Usted deberá reportarse a la sala del Juez de Control de Garantías en Turno [Duty Magistrate] ese día. Si usted no se presenta a la hora y fecha que se señala en la presente, se podría emitir una orden para su arresto.

Se le podría acusar de haber cometido un delito penal. El Juez le nombrará un abogado defensor y ese abogado lo representará a usted legalmente y hablará con usted para determinar si usted califica para seguir contando con un abogado nombrado por el tribunal. Usted tiene el derecho de contratar a un abogado, independientemente de si usted califica o no para un abogado designado por el tribunal. Si usted tiene cualquier pregunta sobre el hecho de contar con un abogado que lo represente, puede comunicarse con la defensoría de oficio Federal Defenders of San Diego, Inc. al (619) 234-8467.

Dentro de las 24 horas después de haber recibido esta notificación, por favor comuníquese a la Oficina de Servicios Previos a Juicio, marcando el (619) 557-5738. La Oficina de U.S. Pretrial Services se encuentra en el 6° Piso del [Tribunal Federal] James M. Carter and Judith N. Keep United States Courthouse, 333 West Broadway, San Diego, California 92101.

ROBERT S. BREWER, JR.
Fiscal Federal
*s/ Michelle M. Pettit*
MICHELLE M. PETTIT
Fiscal Federal Adjunto

---

Por la presente, reconozco que debo comparecer en la fecha que se señala arriba, y al firmar con mi puño y letra, prometo que me presentaré como se me ha ordenado.

Firmado por: Michael Patrick Hdez

Fecha: 30 mayo 2020

Entregado por: _(signature)_   (Firma del Agente)   6194845066

D. Vazquez   HSI   (Nombre del Agente/Agencia)

U.S. Department of Justice

**ROBERT S. BREWER, JR.**
United States Attorney
Southern District of California

| | |
|---|---|
| MICHELLE M. PETTIT | (619) 546-7972 |
| Assistant U.S. Attorney | Fax (619) 546-0510 |
| Email: | michelle.pettit@usdoj.gov |

San Diego County Office
Federal Office Building
880 Front Street, Room 6293
San Diego, California 92101-8893

Imperial County Office
516 Industry Way
Suite C
Imperial County, California 92251-5782

## NOTICE TO APPEAR
(*English Translation*)

RE: UNITED STATES OF AMERICA          Magistrate Case No.: _____
          v.                                             For Violation of 21 U.S.C. §§ 952 and 960
     _____

You are hereby notified that your case will be called for first appearance on _____, at the hour of 2:00 p.m., in the United States Magistrate Court, United States Courthouse, 221 West Broadway, San Diego, California, 92101. You should report to the courtroom of the Duty Magistrate for that day. You are to be present in court at the time and date set forth above. If you are not present, a warrant may be issued for your arrest.

You may be charged with a criminal offense. The Court will appoint counsel to represent you and that counsel will provide you legal representation and consult with you to determine if you qualify for continued appointment of counsel. You have the right to hire an attorney, regardless of whether or not you qualify for appointed counsel. If you have any questions about attorney representation, you may contact Federal Defenders of San Diego, Inc. at (619) 234-8467.

Within 24 hours of receipt of this notice, please contact the U.S. Pretrial Services Office by calling (619) 557-5738. The U.S. Pretrial Services Office is located on the 6th floor of the James M. Carter and Judith N. Keep United States Courthouse, 333 West Broadway, San Diego, California 92101.

ROBERT S. BREWER, JR.
United States Attorney
s/ *Michelle M. Pettit*
MICHELLE M. PETTIT
Assistant United States Attorney

---

I hereby acknowledge the fact that I must appear on the date above, and by affixing my signature, do promise to appear as ordered.

Signed: _____
Dated: _____

Presented by: _____ (Agent's Signature)
                    _____ (Agent's Name/Agency)